1-8-2015 Pg1

*TO: Austin, Texas - Court Of Criminal Appeals
-Clerk- Abel Acosta

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 1 5 2015

Abel Acosta, Clerk

Hello, I am an inmate incarcerated in the TDCJ-Texas-State Prison System, and I am needing to ask that *today, you will please help arrange to *send me in the mail, the paperwork *[INSTRUCTIONS and Templates for Preparing a Petition for Review in the Austin, Texas - Court of Criminal Appeals]. I am needing that paperwork, in order to help me to properly prepare my Petition of Review. -*Also, I am needing to ask that you will please help to *send me the adress to write the Dallas, Texas - Court Clerk, in order to try to obtain *2 copies of the *[11:07- Writs Of Habeas Corpus] *You had not long ago told me to write him to ask for my 2-copies of the *[11:07- Appelit Writs]; *because your Court House; the *[Austin, Texas Court of Criminal - Appeals] does*[NOT] have them. *Mr. Acosta, I -*apologize, *but I do[NOT] have the *Dallas, Texas - Frank Crowley Court House - District Court Clerk's adress. * Also, I need the *adress for the *Frank Crowley, Dallas, Texas Court House Lobyist - as well, so I can try to write him, when I need *Pg2

Bill Clements Unit - Ad seg 12-E-21 cell
9601 Spur 591
Amarillo, Texas 79107

*[Continued from Page 1]: to; such as in trying to contact my assigned Court Judge, that was where my trial was held.* I would greatly appreciate all your help with, writing me back, and sending me the requested items and information that I asked for.

* Also, Mr. Acosta, can you please write me back and tell me why the Austin, Texas - Court of Criminal Appeals does [NOT] have the [11:07 Writ - Of Habeas Corpus]; the 1st step to an inmates Criminal Appeal on file to be able to assist in sending an inmate needing one; in order for he or she, to help try to win an appeal. You would think that if any Court Clerk would have an [11:07 - Writ Of Habeas Corpus] on file - hand to be able to give an inmate stuck in prison on request, to be able to help him to be able to try and get out. That Austin, Texas Court House when after all, is where the inmate will have to both have his [11:07 Writ]; both reviewed and stored - filed at, after it gets wrote. I would greatly appreciate your response about that subject. Also, thank you very much for your time in reading my letter, and in helping to please send me all items requested, and in answering all my questions, and sending the response back to me as soon as possible. Take Care

* Thank You -